IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE F.M.**, | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 24-4873 |
| | : | |
| **LELAND DUDEK,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **28th** day of **April** 2025, upon consideration of Defendant's Motion to Dismiss (ECF 9), Plaintiff's Response (ECF 14), and Defendant's Reply (ECF 16), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**;

2. Plaintiff's Request for Review is **DENIED** as untimely, and her Complaint is **DISMISSED** with prejudice; and

3. The Clerk of Court shall mark this case **CLOSED**.

                                                                **BY THE COURT:**

                                                                 **HON. JOSÉ RAÚL ARTEAGA**
                                                                 *United States Magistrate Judge*
                                                                 *Eastern District of Pennsylvania*